# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 9, 2019

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 18-3107

| | |
|---|---|
| KIMBERLY BILINSKI,<br>    *Plaintiff-Appellant*,<br><br>    *v.*<br><br>AMERICAN AIRLINES, INC.,<br>    *Defendant-Appellee*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 16 C 4253<br><br>Virginia M. Kendall,<br>*Judge*. |

### O R D E R

On consideration of the petition for rehearing and rehearing *en banc,* no judge in active service has requested a vote on the petition for rehearing *en banc* and all members of the original panel have voted to deny rehearing and to issue an amended opinion. This court's opinion dated June 26, 2019, is amended in a separately filed opinion released today.

It is, therefore, ORDERED that rehearing and rehearing *en banc* are **DENIED**.